AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

DISTRICT OF ___COLORADO___

UNITED STATES OF AMERICA

v.

PATRICIA TURNER

## WARRANT FOR ARREST

CASE NUMBER: 07-CR-00184-WYD

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **PATRICIA TURNER** and bring her forthwith to the nearest magistrate to answer an

■ Indictment  □ Information  □ Complaint  □ Order of Court  □ Violation Notice  □ Probation Violation Petition

charging her with knowingly distributing and possessing with the intent to distribute cocaine, and cocaine base a Schedule II controlled substances; and conspiracy and use of a telephone to facilitate the above.

in violation of Title __21__ United States Code, Sections 846, 843(b) and 841(a)(1).

GREGORY C. LANGHAM
Clerk, U. S. District Court
Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer

4/25/07    Denver, Colorado
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest