IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                        CHIEF JUDGE WILEY Y. DANIEL

| Date: | November 29, 2012 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Tammy Hoffschildt | | |

Criminal Case No. **07-cr-00184-WYD**  Counsel:

UNITED STATES OF AMERICA,  Stephanie Podolak
  Susan "Zeke" Knox
  Plaintiff,

v.

**4. BRIAN HICKS, a/k/a Solo, a/k/a S**,  Martha H. Eskesen

  Defendant.

## COURTROOM MINUTES

**MOTION HEARING and STATUS CONFERENCE**

**10:03 a.m.**   Court in Session - Defendant present (in-custody)

   APPEARANCES OF COUNSEL.

   Court's opening remarks.

10:04 a.m.   Discussion regarding pending motions and status of the case.

   Defendant Brian Hicks' Motion to Dismiss for Speedy Trial Act Violation (ECF Doc. No. 1228), filed November 15, 2012, and Defendant Brian Hicks' Motion to Dismiss Pursuant to the Sixth Amendment and Federal Rule of Criminal Procedure 48 (ECF Doc. No. 1229), filed November 15, 2012, are raised for argument.

| | |
|---|---|
| 10:07 a.m. | Argument by Defendant Brian Hicks (Ms. Eskesen). |
| 10:13 a.m. | Argument by Government (Ms. Knox). |
| 10:23 a.m. | Argument by Defendant Brian Hicks (Ms. Eskesen). |
| 10:25 a.m. | Argument by Government (Ms. Knox). |
| **ORDERED:** | Defendant Brian Hicks' Motion to Dismiss for Speedy Trial Act Violation (ECF Doc. No. 1228), filed November 15, 2012, is **DEFERRED until the motion is fully briefed.** |
| **ORDERED:** | Defendant Brian Hicks' Motion to Dismiss Pursuant to the Sixth Amendment and Federal Rule of Criminal Procedure 48 (ECF Doc. No. 1229), filed November 15, 2012, is **DEFERRED until the motion is fully briefed.** |
| **ORDERED:** | Government shall respond to Defendant Brian Hicks' Motion to Dismiss for Speedy Trial Act Violation (ECF Doc. No. 1228), filed November 15, 2012, and Defendant Brian Hicks' Motion to Dismiss Pursuant to the Sixth Amendment and Federal Rule of Criminal Procedure 48 (ECF Doc. No. 1229), filed November 15, 2012, not later than **Monday, December 3, 2012.** |
| **ORDERED:** | Parties shall file supplemental briefing on Government's Motion for Trial Setting Conference to Set Trial (ECF Doc. No. 1220), filed August 2, 2012, not later than **Wednesday, December 5, 2012 if Ms. Eskesen's trial does not go as scheduled or Monday, December 17, 2012 if the trial goes as scheduled.** |
| 10:34 a.m. | Discussion regarding logistical matters for a jury trial. |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **10:41 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :38**